IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

CHAD ASKEW                                                                                              PLAINTIFF

V.                                              Case No. 14-CV-4102

KYLE BARNETT, d/b/a
BARNETT RIGHT OF WAY SERVICES                                                  DEFENDANT

## JUDGMENT

Pursuant to Fed. R. Civ. P. 68(a), Plaintiff has notified the Court that it has accepted Defendant's Offer of Judgment. ECF No. 13. Accordingly, judgment is entered in favor of Plaintiff in the total cumulative amount of three thousand five hundred dollars ($3,500), including attorney's fees and costs.

IT IS SO ORDERED, this 28th day of October, 2014.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge